# United States Bankruptcy Court
## District of Maryland

In re: **2315 St. Paul Street, LLC**  
Debtor(s)

Case No.: **17-11215**  
Chapter: **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **M. Ali Farooq**<br>**2315 St. Paul Street**<br>**Baltimore, MD 21218** | | | **99.02%** |
| **Sameena Farooq**<br>**2315 St. Paul Street**<br>**Baltimore, MD 21218** | | | **.07%** |
| **The Sherwin-Williams Co.**<br>**101 W. Prospect Avenue**<br>**Cleveland, OH 44115** | | | **.01%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: **February 27, 2017**

Signature: **/s/ Sameena Farooq**  
**Sameena Farooq**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  
18 U.S.C. §§ 152 and 3571.